PRESTON *v.* WALKER.

LUMPKIN, P. J. This case, upon its facts, falls squarely within the ruling made in *McCain* v. *Sutlive*, 109 *Ga.* 547, and it results that the writ of error must be dismissed.　　*Writ of error dismissed. All the Justices concurring.*

Argued November 10, — Decided December 19, 1900.

Complaint. Before Judge Butt. Marion superior court. April term, 1900.

*B. S. Miller*, for plaintiff in error. *Hatcher & Carson*, contra.